# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES SAENZ,<br>Petitioner,<br>v.<br>S. HATTON, Warden,<br>Respondent. | CASE NO. 2:17-CV-03205-ODW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed.

DATED: May 2, 2017

STEVE KIM
U.S. MAGISTRATE JUDGE